```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 06-419 |
| | ) | |
| MARK FELDER, | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 18th day of December, 2007, upon consideration of defendant's Joint Motion to Order Probation Office to Conduct a Pre-Plea Criminal History Investigation report [document #39], IT IS HEREBY ORDERED that the motion is GRANTED and that by February 1, 2008, the United States Probation Office is directed to prepare and forward to respective counsel, a copy of a pre-sentence report, limited to a determination of the appropriate criminal history category for the above-named defendant in the instant case.

IT IS FURTHER ORDERED that the period of time from the date of this order to February 1, 2008 shall be deemed excludable delay under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A), as the Court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

s/Gary L. Lancaster ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Michael L. Ivory,
    Assistant United States Attorney

    William H. Difenderfer, Esquire
    304 Ross Street
    Pittsburgh, PA 15219

    U.S. Probation