IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 06-419 |
| ) | |
| MARK FELDER, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 13th day of August, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered January 18, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, September 8, 2008 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the Pretrial Conference in the instant case, scheduled for August 15, 2008, and Jury Selection and Trial, scheduled for September 8, 2008, are hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Michael L. Ivory,
    Assistant United States Attorney

    William H. Difenderfer, Esquire
    304 Ross Street
    Suite 400
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation